JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Patricia Bloch et al

PLAINTIFF(S)

v.

P.S.W., Inc. et al

DEFENDANT(S).

CASE NUMBER

2:18-cv-08463-SVW-AS

**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**

This action came on for jury trial, the Honorable Stephen V. Wilson District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Patricia Bloch and Farmkind GmbH

recover of the defendant(s):

P.S.W., Inc. dba Taste Nirvana International Inc.

the sum of $575,000.00, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of to be determined.

Clerk, U. S. District Court

Dated: August 29, 2019

By *Patricia Blunt*
Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*

CV-49 (05/98)   **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**